UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

JESSE LEE,

    Plaintiff,

v.                                        Case No. 8:20-cv-02001-JSM-AAS

HABANEROS FLORIDA, LLC,
and FRANK KELLER,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

Judgment is hereby entered in favor of Plaintiff Jesse Lee (5621 Tangerine Ave S., Gulfport, Florida, 33707) against Defendants Habaneros Florida, LLC (FEIN 82-0599671, 5701 SHORE BLVD S SAINT PETERSBURG FL 33707) and Frank Keller (5701 SHORE BLVD S SAINT PETERSBURG FL 33707) in the amount of $14,051.36, which shall bear post-judgment interest at the applicable rates as set forth in Florida Statute § 55.03, for which let execution issue.

**DONE AND ORDERED** on September 9, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE