UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSE LEE,

    Plaintiff,

v.                                                                 Case No: 8:20-cv-2001-JSM-AAS

FRANK KELLER and HABANEROS
FLORIDA, LLC,

    Defendants.
_____

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Attorney's Fees and Costs (Dkt. 37). Upon review and consideration, the motion is granted.

This action was filed under the Fair Labor Standards Act ("FLSA"). On August 10, 2021, the Court entered a judgment against Defendants Habaneros of Florida, LLC and Frank Keller in the amount of $14,051.36, and reserved jurisdiction on Plaintiff Jesse Lee's entitlement to attorney's fees and costs. Under the FLSA, a prevailing plaintiff is entitled to his attorney's fees and costs. 29 U.S.C. § 216(b). Lee is the prevailing party in this action and now seeks a reasonable amount of attorney's fees and costs.

Lee's motion attached a Declaration from his counsel, Alejandro F. Garcia, and supporting time entries. Garcia states that he spent 83.3 hours on this action and his rate is $400.00 per hour. Thus, the total fees were $33,320.00. Garcia also requests costs in the amount of $520.00, which is comprised of a $400.00 filing fee and $120.00 process

fee. Garcia further states that, after researching the Court's prior fee awards and other fee awards in this district, he agreed to reduce his rate to $325.00 an hour and, in an effort to resolve this matter without judicial intervention, he agreed to an approximate 27% across-the-board reduction of his hours for a total fee award of $19,980.00.

The Court notes that the parties actively litigated this case, which was filed in August 2020. Defendants argued that Lee was an independent contractor who was not entitled to overtime and did not work more than 40 hours in a workweek. The parties exchanged over 1000 pages of documents, conducted extensive written discovery, and participated in multiple out-of-court settlement efforts over many months. The Court agrees that attorney's fees in the amount of $19,980.00 and costs in the amount of $520.00 are reasonable under these circumstances. Notably, Defendants do not oppose entry of judgment in these amounts.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion for Attorney's Fees and Costs (Dkt. 37) is granted.

2. The Clerk is directed to enter a judgment in favor of Plaintiff Jesse Lee (5621 Tangerine Ave S., Gulfport, Florida, 33707) and against Defendants Habaneros Florida, LLC (FEIN 82-0599671, 5701 Shore Blvd S. Saint Petersburg, Florida 33707) and Frank Keller (5701 Shore Blvd S. Saint Petersburg, Florida 33707) in the amount of $20,500.00 ($19,980.00 for fees and $520.00 for costs), which shall bear post-judgment interest at the

applicable rates as set forth in the relevant statute, and for which let execution issue.

**DONE** and **ORDERED** in Tampa, Florida, this September 15, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record