UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSE LEE,

Plaintiff,

v.                                            Case No. 8:20-cv-02001-JSM-AAS

HABANEROS FLORIDA LLC, and
FRANK KELLER, Individually,

Defendants.
_____/

## SATISFACTION OF JUDGMENTS

Plaintiff, JESSE LEE, owner and holder of that certain Judgment in a Civil Case against Defendants, HABANEROS FLORIDA LLC, and FRANK KELLER (collectively, "Defendants"), rendered in the above-captioned civil action, dated August 10, 2021 [D.E. 29], and that certain Judgment in a Civil Case against Defendants, rendered in the above-captioned action, dated September 16, 2021 [D.E. 29], does hereby acknowledge full payment and satisfaction thereof and hereby consents that the above-identified Judgments shall be satisfied of record.

DATED this 13th day March, 2022.

By: */s/ Alejandro F. Garcia*
    Alejandro F. Garcia, Esq.
    Florida Bar No. 98505
    agarcia@rgmlawfirm.com
    service@rgmlawfirm.com
    RAMHOFER GARCIA &
    MOORE, PLLC

11900 Biscayne Blvd.<br>
Suite 742<br>
North Miami, FL 33181<br>
Telephone: (305) 481-9733<br>
Facsimile: (954) 697-0341<br>
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Alejandro F. Garcia*